# Ballard Spahr
###### LLP

---------------------

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

**Michael Berry**
Tel: 215.988.9773
Fax: 215.864.8999
berrym@ballardspahr.com

April 15, 2026

The conference currently scheduled for Friday, April 17, 2026 is adjourned to Monday, April 20, 2026 at 11:00 a.m.

April 15, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*By Electronic Filing*

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Williams v. NBC Universal Media, LLC, No. 1:25-mc-00122-LJL

Dear Judge Liman:

I serve as lead counsel for Respondent NBC Universal Media, LLC in the above-captioned matter. In accordance with § 1(D) of Your Honor's Individual Practices, I write to respectfully request that the telephonic status conference scheduled for Friday, April 17, 2026 [Dkt. 26] be continued to early next week. I make this request because I have a previously scheduled doctor's appointment that morning.

I have conferred with Petitioner's counsel, Amy Pickering Knight, who does not oppose this request. We are both available at 10:30 a.m. or later next Monday or Tuesday (April 20 or 21), except for at 3:00 p.m. on Monday, or in the afternoon on Wednesday (April 22).

Thank you for Your Honor's consideration.

Respectfully,

Michael Berry

cc:  Amy Pickering Knight (via ECF)